**Dennis E. MURPHY, Appellant,**

v.

**DIRECTOR OF REVENUE,
Respondent.**

**No. WD 36586.**

Missouri Court of Appeals,
Western District.

Aug. 20, 1985.

Motion for Rehearing and/or Transfer
to Supreme Court Overruled and
Denied Oct. 1, 1985.

Application to Transfer Denied
Nov. 21, 1985.

Bruce B. Brown & James R. Brown, Kearney, for appellant.

William L. Webster, Atty. Gen. and Richard L. Wieler, Asst. Atty. Gen., Jefferson City, Ninion S. Riley and Sharon M. Busch, General Counsel, Jefferson City, for respondent.

Before MANFORD, P.J., and PRITCHARD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Direct appeal from a judgment of suspension of a motor vehicle operator's license under § 302.535, RSMo Supp.1984.

Judgment affirmed. Rule 84.16(b).